**Bank of America** — CONSUMER CREDIT SALE AGREEMENT, SECURITY AGREEMENT, AND DISCLOSURE STATEMENT
POB 2759  JACKSONVILLE FL  32203-2759   (Simple Interest)   DATE 12/13/2006

SELLERS NAME: Steve Casey's Recreational Sales    BUYER'S NAME: ERLER, LANCE S.
ADDRESS: 4120 Youthfield                           BUYER'S NAME:
CITY: Wheat Ridge  STATE: CO  ZIP: 80033           ADDRESS: 3265 HASSAYAMPA DR
SALESMAN: CARL YORK                                CITY: LAKE HAVASU  STATE: AZ  ZIP: 86406

NOTICE TO BUYERS OF USED VEHICLES (AS DEFINED IN THE FTC USED MOTOR VEHICLE TRADE REGULATION RULE): The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

| CHECK ONE | New or Used | Year | Class | Manufacturer's Name | Model Name & Model No | Vehicle Identification No |
|---|---|---|---|---|---|---|
| ☐ Motor Home | New | 2006 | V | PILGRIM | PURESPORT | 5U4F23S2763028768 |
| ☐ Travel Trailer | ☐ Air Conditioning | | | TWR-BMCI, INC | ☐ 4-5 Speed Trans | ☐ Power Steering | Odometer Miles |
| | ☐ Sun Roof | | | ☐ Tape Deck | ☐ Automatic Trans | ☐ Custom Wheels | |
| ☐ Van | Other - Describe | | | | | Description |
| ☐ Conversion | | | | | Length 36 | Width | Color |
| ☒ 5th Wheel | | | | | | | |
| ☐ Motorcycle | | | | | | | |

The words "I", "me", and "my" refer to each person who signs as Buyer. The words "you" and "your" refer to the Seller or holder of this contract. If more than one person signs below as Buyer, each person is jointly and severally liable for the promises made in this contract.

AGREEMENT: I agree that it is my decision to purchase the property for recreational use and not for any other purpose. I agree that it is also my decision to purchase the property described above at the Total Sale Price rather than paying cash for the property at the Cash Price, which is less. In return for your financing for me the purchase of the property described above, I agree as follows:

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of my credit as a yearly rate | The dollar amount the credit will cost me | The amount of credit provided to me or on my behalf | The amount I will have paid after I have made all payments as scheduled | The total cost of my purchase on credit, including my downpayment of $33,606.00 |
| 10.75 % | $29308.60 | $28799.00 | $58107.60 | $91,713.60 |

My payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | N/A | N/A |
| 180 | $322.82 | Monthly Starting 1/13/2007   Maturity Date 12/13/2021 |

Security: I am giving a security interest in the property being purchased.
Late Charges: If a payment is more than 10 days late, you will pay a late charge of $15.
Prepayment: If I pay off early, I will not have to pay a penalty.
See the contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

ITEMIZATION OF THE AMOUNT FINANCED
1 Cash Price (including any accessories, services, and taxes)  Includes Doc Fee of $299.00   $62,405.00
2 Total Downpayment = Net Trade-in $  #23606.@Cash Downpayment $ #10000.00                  $33,606.00
   My Trade-in is a (Year) 2006 (Make) NOMAD  (Model) SPORTWAGON 365
3 Unpaid Balance of Cash Price (1 minus 2)                                                  $28,799.00
4 Other Charges Including Amounts Paid to Others on my Behalf *
  A Cost of Physical Damage Insurance Purchased Through You and Paid to the Insurance Company Named Below  N/A
  B Cost of Optional Mechanical Protection Plan Paid to: Service Contract                   $0.00
     (insert name)
  C Cost of Optional Credit Insurance Paid to the Insurance Company or Companies Named Below  $0.00
     Life $  $0  Disability, Accident and Health $                                          $0.00
  D Official Fees Paid to Public Officers                                                   $0.00
  E Taxes Not Included in Cash Price Paid to Public Officers                                N/A
  F Government License, Title or Registration Fees Paid to Public Officers (Itemize)        N/A
  G Other Charges (identify who will receive payment and describe purpose)                  N/A
     to_____ for_____                                                           $0.00
  Total Other Charges and Amounts Paid to Others on my Behalf                               $0.00
5 Amount Financed/Unpaid Balance (3 + 4)                                                    $28799.00
* We may retain or receive a portion of these charges.

REQUIRED PHYSICAL DAMAGE INSURANCE: Physical damage insurance is required but I may buy it from anyone I want who is acceptable to you
☐ I want to buy the insurance checked below through you and I agree to pay the additional cost which is shown in 4A of the Itemization above. This cost is included in the Amount Financed. I understand that I must read the insurance policy for exact coverages and exclusions
Term  N/A months  Insurance Company  N/A                                              Premium
☐ Physical damage insurance (☐ including personal effects coverage)                   N/A
  $ N/A Deductible collision                                                          N/A
☐ $ N/A Deductible comprehensive including fire, theft and combined additional coverage  N/A
  Total Required Physical Damage Insurance                                            N/A
Optional, if desired - ☐ Towing and labor costs ☐ Rental reimbursement ☐ CB radio equipment  N/A
☐ I have bought, or will buy, required coverage through (Insurance Company/Agent)

THIS CONTRACT DOES NOT PROVIDE FOR AUTOMOBILE LIABILITY INSURANCE, AND SAID BUYER ALSO STATES THAT "HE HAS," HE HAS NOT (STRIKE WORDS NOT APPLICABLE) IN EFFECT AN AUTOMOBILE LIABILITY POLICY AS DEFINED IN SECTION 42-7-103(2) COLORADO REVISED STATUTES 1973, ON THE MOTOR VEHICLE SOLD BY THIS CONTRACT.

OPTIONAL MECHANICAL PROTECTION PLAN:
☐ I want to buy a Mechanical Protection Plan. I agree to pay the additional cost which is shown in 4B of the Itemization above. This cost is included in the Amount Financed
Term ☐ 36 months or 36,000 miles, whichever occurs first   ☒ XX
Deductible ☐ $25 Deductible ☐ $50 Deductible              ☒ XX _____ Deductible

OPTIONAL CREDIT INSURANCE: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional cost, which will be included in the Amount Financed.

| Type | Premium | Term (months) | Signature |
|---|---|---|---|
| Credit Life | Single Coverage $ N/A  Joint Coverage $ N/A | | I want credit life insurance _____ Signature |
| Credit Disability | $ N/A | | I want credit disability insurance _____ Signature |

CREDIT LIFE AND DISABILITY INSURANCE: If I elect credit insurance coverage and am accepted by the insurance company, the terms and conditions will be as described in the NOTICE OF PROPOSED GROUP INSURANCE, or in the policies or certificates issued by the insurance company. The original amount of the decreasing term credit life insurance will not exceed $_____. Credit disability insurance payments will equal the monthly payment amount but will not be more than $_____. Insurance Company:_____

LIFE AND DISABILITY INSURANCE MAY NOT COVER THE ENTIRE AMOUNT DUE UNDER THIS CONTRACT. I MUST SEE MY POLICY OR CERTIFICATE FOR EXACT COVERAGE
I UNDERSTAND YOU OR THE HOLDER OF THIS CONTRACT EXPECT TO PROFIT FROM THE SALE OF INSURANCE. I CONSENT TO THIS

SECURITY INTEREST: I grant you a purchase money security interest in the property described above in order to secure payment and performance of the terms of this contract
RECEIPT OF PROPERTY AND PROMISE TO PAY: I agree that I have received the property described above, and have accepted delivery of it in good condition. I promise to pay you at your address shown above the Amount Financed plus interest at the Annual Percentage Rate until paid in full in consecutive monthly installments as indicated above. Any amount financed unpaid after the final due date will bear interest at the Annual Percentage Rate until paid in full

GOVERNING LAW: You and I agree that this is a consumer credit sale subject to the provisions of the Colorado Uniform Consumer Credit Code
I agree that at the time I signed I received a copy of this CONSUMER CREDIT SALE AGREEMENT.

Accepted: Steve Casey's Recreational Sales     _____ (SEAL)
          Seller                                Signature of Buyer
By: _____  _____ (SEAL)    _____ (SEAL)
    Signature and Title                         Signature of Co-Buyer

CO-BUYERS AND OTHER OWNERS: A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the property but does not have to pay the debt. The co-buyer or other owner knows that the Seller has a security interest in the property and consents to the security interest.

Other owner signs here _____ (SEAL)  Address _____

**EXHIBIT A**

NOTICE: THE TERMS OF THIS CONTRACT ARE CONTAINED ON BOTH SIDES OF THIS PAGE
DISTRIBUTION: WHITE-BRANCH COPY, GREEN-FILE COPY, CANARY-SELLER COPY, PINK-BUYERS COPY        COLORADO RV

## OTHER IMPORTANT AGREEMENTS

**Ownership and Risk of Loss:** I agree to pay you all that I owe under this contract even if the property is damaged, destroyed or missing. I agree not to sell or transfer the property without your written permission. You also agree that you will not sell or otherwise transfer ownership of the property securing this contract without immediately paying the creditor all amounts still owing on this contract. If you wish to sell or transfer the property securing this contract to someone who agrees to assume the balance of this contract, you must obtain the written approval of the Creditor to the assumption, or the Creditor may ignore the assumption, and you will remain primarily liable for the balance owing. I agree not to expose the property to misuse or confiscation. I agree to keep the property repaired and in good condition. I agree that the property will not be used in any manner contrary to any law. I will make sure your security interest (lien) on the property is shown on the title. If you pay any repair bills, storage bills, taxes, fines, or other charges on the property, I agree to repay the amount when you ask for it. I agree to comply with all registration, licensing, tax and title laws applicable to the property.

**Security Interest:** I am giving you a security interest in the property being purchased and any accessories, equipment and replacement parts installed in the property. The security interest also covers (1) any unearned premiums, unearned charges, or other rebates on insurance or protection plans financed under this contract (2) proceeds of any insurance policies or protection plans on the property and (3) proceeds of any insurance policies on my life or health if such policies are financed in this contract. This secures payment of all amounts I owe on this contract and in any transfer, renewal, extension or assignment of this contract. The security interest also secures all promises I make in this contract.

**Required Physical Damage Insurance:** I agree to have physical damage insurance covering loss or damage to the property for the term of this contract. At any time during the term of this contract, if I do not have physical damage insurance which covers both my interest and your interest in the property, then you may buy it for me. If you do not buy physical damage insurance which covers both interests in the property, you may, if you decide, buy insurance which covers only your interest.

You are under no obligation to buy any insurance, but may do so if you desire. If you buy either of these coverages, you will let me know what type it is and the charge I must pay. You may either request immediate reimbursement from me for the cost of such insurance or may add the insurance premium to the unpaid amount financed on this contract. If the insurance premium is added to the unpaid amount financed on this contract, interest will be charged on the insurance premium at the Annual Percentage Rate disclosed in this contract.

If the property is lost or damaged, I agree that you can use any insurance settlement either to repair the property or to apply to my debt.

**Optional Insurance or Protection Plans:** This contract may contain charges for optional insurance or protection plans. If the property is repossessed, I agree that you may claim benefits under these coverages and terminate them to obtain refunds for unearned charges.

**Insurance or Protection Plan Charges Returned to You:** If any charge for required insurance is returned to you, it may be credited to my account or used to buy similar insurance or insurance which covers only your interest in the property. Any refund on optional insurance or protection plans obtained by you will be credited to my account.

Credits to my account will be applied in the same manner as payments. I will be notified of what is done.

**If I Fail to Pay or Keep Promises as Required:** If I do not pay the full amount of any payment when due, or fail to keep any other promises I make in this contract or in any other agreement I have given to secure this contract, you may, at your option, declare the entire unpaid amount financed, plus accrued but unpaid interest and other charges, due and payable at once subject to any right to cure default I may have.

You may also extend the time for payment of any sum due. This will not affect my duties and my owing any other sums. I give up certain rights I have: (a) to make you demand payment of amounts due (known as "presentment"); (b) to make you give notice that amounts due have not been paid (known as "notice of dishonor"), and (c) to obtain an official certification of nonpayment (known as "protest"). Anyone else who agrees to keep the promises made in this contract, or who agrees to make payments to you if I fail to do so, also gives up these rights. These persons are known as "guarantors" and "sureties."

**Dishonored Check Charge:** I agree to pay you a fee of $25 fee for any check I send you that is dishonored.

**Changes in this Contract and Delay in Enforcing Rights:** No oral changes are binding. If any part of this contract is not valid, all other parts will remain enforceable. If you do not enforce your rights against me as soon as you can, I agree that you do not give up these rights and any delay will not stop you from enforcing them at a later date.

**Repossession of the Property For Failure to Pay:** If I fail to pay according to the payment schedule or if I break any of the agreement in this contract (default), you can take the property from me (repossession) subject to any right to cure default I may have. To take the property, you can go on my land or anywhere the property is located, so long as it is done peacefully. If there are any personal belongings in the property, such as clothing, furniture, and tools, you may store the items. However, you do not have to store them and will not be responsible for the items beyond what the law may require. Any accessories, equipment or replacement parts will remain with the property.

**Getting the Property Back After Repossession:** If you repossess the property, I have the right to get it back by paying the entire amount I owe on the contract (not just past due payments) plus any late charges, the cost of taking and storing the property and other expenses that you have or your assignee has had. My right to get the property back will end when it is sold.

**Sale of the Repossessed Property:** You will send me a written notice of sale at least 10 days before selling the property. If I do not redeem the property by the date on the notice, you can sell the property. You will use the net proceeds of the sale to pay all or part of my debt.

If I owe less than the net proceeds of sale, you will pay me the difference, unless you are required to pay it to someone else. For example, you may be required to pay a lender who has given me a loan and also taken a security interest in the property.

If I owe more than the net proceeds of sale, I will pay you the difference between the net proceeds of the sale and what I owe when you ask for it. If I do not pay this amount when asked, you will charge interest on it.

If I have wrongfully damaged the property, I will be liable to you for the damages.

**Attorney Fees:** I agree to pay your reasonable attorney fees not to exceed 15% of the amount then due after default and referral to an attorney who is not a salaried employee of you or your assignee. I also agree to pay any court-ordered costs and, if you obtain a judgment, interest on that judgment at the Annual Percentage Rate shown on the reverse.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, except as provided by the Colorado Uniform Consumer Credit Code, I will not assert against any subsequent holder or assignee of this contract any claims or defenses that I (debtor) may have against you, or against the manufacturer of the property obtained under this contract.

---

*The printing contained in this box is not part of Buyer's agreement*

### ASSIGNMENT BY SELLER

For value received, we hereby assign the within contract and all our right, title and interest in it and in its collateral to **Bank of America, N.A.** (Assignee), and warrant all of the following: 1) that this contract is the result of a sale of our own property or services, 2) that we have full and perfect title to and right to convey this contract free of any encumbrance lien or any interest of third parties of any nature whatsoever, 3) that all services and installation work in connection with this contract will be completed according to the Assignee, 4) that this contract accurately and correctly reflects a genuine, bona fide sale and the price and terms thereof, and is valid and in compliance with any applicable installment sales law or other applicable state or federal law or administrative regulation. 5) that the goods or services covered by this contract have been unconditionally accepted by the parties to the contract, 6) that at the time this contract is sold to the Assignee the goods and services are in the possession of the obligor and are the identical goods and services described in or related to the contract. 7) that the amount due from the obligor is not disputed or subject to any set-off, deduction, credit or counterclaim. 8) that there is no undisclosed delinquency. 9) that the down payment is correctly stated in the contract, 10) that we have received cash, or its proper equivalent, for the down payment, no part of which was loaned by us directly or indirectly, to the Buyers, 11) that this contract is the entire and sole contract between us and the obligor as to the sale of goods or services evidenced herein 12) that there is no undisclosed agreement, concession or litigation of any nature affecting this contract, 13) that all the parties to this contract were competent at the time it was executed, 14) that there are no valid defenses in law or equity to this contract as it exists in the hands of the Assignee after this conveyance. 15) that all signatures on this contract are genuine, and 16) that we have complied with all applicable requirements of the FTC Used Motor Vehicle Trade Regulation Rule. If any of the foregoing warranties are untrue, regardless of Assignee's knowledge or lack of knowledge or reliance thereon, Assignor hereby unconditionally agrees to repurchase the documents on demand from Assignee for the balance remaining unpaid plus any expense of collection, repossession, foreclosure, transportation, or storage attorney fees, and court costs incurred by Assignee. FURTHER, if a "With Recourse" assignment is initialed below, we engage that the within contract will be paid according to its tenor, and that if it is not, we shall pay it to the Assignee or to any subsequent assignees, regardless of the order in which the assignments are made. If a "With Limited Recourse" assignment is initialed below, we engage that the within contract will be paid according to its tenor for the period shown below, and that if it is not, we shall pay it to the Assignee or to any subsequent assignee, regardless of the order in which the assignments are made. If a "Repurchase" assignment is initialed below, we engage that if Assignee or any subsequent assignee repossesses any of the collateral on this contract, we will repurchase the collateral for the unpaid balance of the contract, or its fair market value, whichever is higher. If a "Without Recourse" assignment is initialed below, this Assignment is without recourse.

With Recourse _____
Seller initials

With Limited Recourse for first _____ months of contract _____
Seller initials

Repurchase Assignment _____
Seller initials

Without Recourse _____
Seller initials

Seller/Assignor: **STEVE CASEY'S RECREATIONAL SALES**

By: *Joan Clark*

Date: 12/14/06

COLORADO

CON 010104

# ARIZONA CERTIFICATE OF TITLE

**Motor Vehicle Division**
ADOT
49-7000 R06/03

Inventory Control
08A25730

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 5L4FB382765026756 | 2006 | PILGR | PURES | TV |

| First Registered | List Price | Mobile Home Manufacturer | | Unit Number |
|---|---|---|---|---|
| 01/2006 | 046313 | | | |

BANK OF AMERICA NA
PO BOX 2759
JACKSONVILLE FL 32203-2759

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| J088007116012 | 04262007 | AT1400880A | 0000000 |

| Previous Title Number | State | Issue Date | Previous Film Number | |
|---|---|---|---|---|
| M80 | CO | 00000000 | ORIGINAL | |

A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Arizona Brands

| Previous Brand | State Previous Brand | State Previous Brand | State Other States With Brands |
|---|---|---|---|

**Owners/Lessees**
LANCE SCOTT ERLER
3260 HASSAYAMPA DR                 LAKE HAVASU CITY      AZ 864067805

**Lienholders**

FIRST LIEN-
BANK OF AMERICA NA                           LIEN DATE:  12142006

PO BOX 2759                        JACKSONVILLE      FL 322032759

**LIEN RELEASE**

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

**EXHIBIT B**



## Vehicle Pricing & Information
NADAguides.com     8/21/2009

Autos • Motorcycles • Boats • Collector Cars • Recreation Vehicles • Manufactured Homes

**Travel Trailers & Fifth Wheels**
**2006 PILGRIM INTERNATIONAL INC PURESPORT FIFTH WHEEL SERIES M-38-3L-5**

Model: M-38-3L-5
Length/Width: 38' x 8' 7"
Axles: 2
Weight: 13265
Self-Contained: YES
Slides: 3

|  | Low Retail | Average Retail |
|---|---|---|
| **Base Price** | $20,200 | $24,340 |
| **Options** | | |
| AIR CONDITIONING AND HEATING | | |
| 15,000 BTU (Non-Central/Non-Ducted) | $525 | $635 |
| APPLIANCES | | |
| Refrigerator Adds For Non-Self Contained Units 8 - 10.0 Cu Ft. | $540 | $655 |
| GENERATORS | | |
| 5 KW Gas | $1,630 | $1,965 |
| MISCELLANEOUS OPTIONAL EQUIPMENT | | |
| Diamond Shield | $570 | $690 |
| Fuel Station | $475 | $575 |
| **TOTAL PRICE** | **$23,940** | **$28,860** |

Suggested List: $46,313

**Notes**

PRICES INCLUDE AIR CONDITIONER, 35,000BTU FURNACE, 10-GALLON DSI WATER HEATER, AM/FM/CD/CASSETTE, STABILIZER JACKS AND FIBERGLASS FRONT CAP.

**Value Explanations**

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

Suggested List — The value listed reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

Low Retail Value — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. Low retail is not a trade-in value.

Average Retail Value — An average retail vehicle should be clean and without glaring defects. Tires and glass should be in good condition. The paint should match and have a good finish. The interior should have wear in relation to the age of the vehicle. Carpet and seat upholstery should be clean, and all power options should work.

**EXHIBIT C**