**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

Dated: January 04, 2010



## Minute Entry

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | Lance S. & Stacey R. Erler |
| **Case Number:** | 0:09-bk-16271-RJH   **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, JANUARY 04, 2010 10:00 AM  BULLHEAD |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matter:

TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**R / M #:**   53 / 0

### Appearances:

SCOTT A. LIESKE, ATTORNEY FOR TRUSTEE
JENNIFER LEE MONTANTE, ATTORNEY FOR LANCE S. ERLER, STACEY R. ERLER
JEFFREY GOLDBERG, ATTORNEY FOR SECURED CREDITORS

### Proceedings:

Mr. Lieske urged the motion.

Ms. Montante requested additional time to get documents together if the case is converted explaining the debtors are trying to find a new attorney to take over this case.

COURT:  IT IS ORDERED CONVERTING  THIS CASE TO CHAPTER 11 EFFECTIVE TODAY.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE