# Notice Recipients

District/Off: 0970–0        User: urbalejoa        Date Created: 1/11/2010
Case: 0:09–bk–16271–RJH     Form ID: b9e           Total: 51

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Lance S. Erler | 2935 Maricopa Ave, PMB 190 | Lake Havasu City, AZ 86406 | |
| jdb | Stacey R. Erler | 2935 Maricopa Ave, PMB 190 | Lake Havasu City, AZ 86406 | |
| tr | RUSSELL BROWN   CHAPTER 13 TRUSTEE   SUITE 800   3838 NORTH CENTRAL AVENUE   PHOENIX, AZ 85012–1965 | | | |
| cr | American Home Mortgage Servicing, Inc.   4875 Belfort Rd Suite 130   Jacksonville, FL 32256 | | | |
| cr | Bank of America, N.A.   Gerard R. O'Meara   GUST ROSENFELD, PLC   1 S. Church   Suite 1900   Tucson, AZ 85701 | | | |
| cr | La Salle Bank, National Association, as Trustee for Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset–Backed Certificates, Series 2006–OPT1   Malcolm Cisneros   2112 Business Center Drive   Second Floor   Irvine, CA 92612 | | | |
| cr | Linda Aydelott, et. al.   c/o Capital Lenders   1967 Highway 95   Bullhead City, AZ 86442 | | | |
| cr | ARIZONA DEPARTMENT OF REVENUE   SPECIAL OPERATIONS UNIT   1600 W MONROE 7TH FLOOR   PHOENIX, AZ 85007 | | | |
| aty | GERARD R O'MEARA   GUST ROSENFELD PLC   1 S. CHURCH AVE., #1900   TUCSON, AZ 85701 | | | |
| aty | HILARY B. BONIAL   BRICE, VANDER LINDEN &WERNICK, PC   PO BOX 829009   DALLAS, TX 75382–9009 | | | |
| aty | JEFFREY A. GOLDBERG   BRUNO, BROOKS &GOLDBERG, PC   730 E. BEALE ST.   KINGMAN, AZ 86401 | | | |
| aty | JENNIFER LEE MONTANTE   LAW OFFICE OF JENNIFER MONTANTE PLLC   1788 Highway 95, Suite 22   Bullhead City, AZ 86442 | | | |
| aty | KEVIN HAHN   MALCOLM &CISNEROS   2112 BUSINESS CENTER DR, 2ND FL   IRVINE, CA 92612 | | | |
| smg | AZ DEPARTMENT OF REVENUE   BANKRUPTCY &LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007–2650 | | | |
| 8318425 | AMERICAN HOME MORTGAGE SERVICING INC.   4875 BELFORT ROAD SUITE 130   JACKSONVILLE,FLORIDA 32256 | | | |
| 8286565 | AMERICAN HOME MORTGAGE SERVICING,INC.   4875 BELFORT ROAD SUITE 130   JACKSONVILLE, FLORIDA 32256 | | | |
| 8278780 | ARIZONA DEPARTMENT OF REVENUE   SPECIAL OPERATIONS UNIT   1600 W. MONROE 7TH FLOOR   PHOENIX, AZ 85007 | | | |
| 8268058 | American Home Mtg Srv   Attn: Bankruptcy   4600 Regent Blvd   Irving, TX 75063 | | | |
| 8268059 | Aspen Coll   Pob 5129   Spring Hill, FL 34611 | | | |
| 8268060 | Bank Of America   Attn: Bankruptcy NC4–105–02–77   PO Box 26012   Greensboro, NC 27410 | | | |
| 8319390 | Bank of America, N.A.   P. O. Box 26012   NC4–105–03–14   Greensboro, NC 27420 | | | |
| 8418637 | Bank of America, N.A.   c/o Gerard R. O'Meara, Esq.   GUST ROSENFELD, P.L.C.   1 S. Church Ave., Suite 1900   Tucson, AZ 85701–1627 | | | |
| 8526708 | CAPITAL ONE BANK (USA), N.A.   C/O TSYS DEBT MANAGEMENT (TDM)   PO BOX 5155   NORCROSS, GA 30091 | | | |
| 8268061 | Capital 1 Bank   Attn: C/O TSYS Debt Management   PO Box 5155   Norcross, GA 30091 | | | |
| 8268062 | Capital Lenders   Pioneer Title   PO Box 6517   Kingman, Arizona 86402 | | | |
| 8268063 | Chase – Cc   Attention: Bankruptcy Department   PO Box 15298   Wilmington, DE 19850 | | | |
| 8391294 | Chase Bank USA, N.A.   PO Box 15145   Wilmington, DE 19850–5145 | | | |
| 8268065 | Citibank Usa   Attn.: Centralized Bankruptcy   PO Box 20507   Kansas City, MO 64195 | | | |
| 8268066 | Clark County Collectio   8860 W Sunset Rd Ste 100   Las Vegas, NV 89148 | | | |
| 8268067 | Diners Club   Po Box 6241   Sioux Falls, SD 57117 | | | |
| 8268071 | GT Motorsports   3420 El Torro Lake Drive   Lake Havasu, Arizona 86406 | | | |
| 8268068 | Gemb/chevron   Attention: Bankruptcy   PO Box 103106   Roswell, GA 30076 | | | |
| 8268069 | Gemb/jcp   Attention: Bankruptcy   PO Box 103106   Roswell, GA 30076 | | | |
| 8268070 | Gemb/walmart   Po Box 981400   El Paso, TX 79998 | | | |
| 8466248 | Gerard O'Meara, Esq.   Gust Rosenfeld, PLC   1 South Church Avenue, Suite 1900   Tucson, Arizona 85701–1620 | | | |
| 8268073 | Home Depot   PO Box 6028   The Lakes, NV 88901–6028 | | | |
| 8268072 | Home Depot   PO Box 689100   Des Moines, IA 50368–9100 | | | |
| 8268074 | Hsbc/kawas   Attn: Bankruptcy   PO Box 4144   Carol Stream, IL 60197–4144 | | | |
| 8268075 | Hsbc/polars   Pob 15521   Wilmington, DE 19805 | | | |
| 8268076 | Land America   11155 Dolfield Blvd #112   Owings Mills, MD 21117 | | | |
| 8268077 | Law Office of Jennifer Montante, PLLC   1491 Palma Road, Suite 1   Bullhead City, Arizona 86442 | | | |
| 8638731 | Linda Aydelott, et. al.,   c/o Capital Lenders   1967 Highway 95   Bullhead City, AZ 86442 | | | |
| 8268078 | Medical Data Systems I   2001 9th Ave   Suite 312   Vero beach, FL 32960 | | | |
| 8268079 | PGI   2935 Maricopa Avenue #113   Lake Havasu City, AZ 86403 | | | |
| 8439094 | PRA Receivables Management, LLC   As Agent Of Portfolio Recovery Assocs.   PO Box 12914   NORFOLK VA 23541 | | | |
| 8268080 | Propeller Company   1520 Acoma Unit A   Lake Havasu City, AZ 86403 | | | |
| 8268081 | Shell Oil / Citibank   Attn.: Centralized Bankruptcy   PO Box 20507   Kansas City, MO 64195 | | | |
| 8268082 | Surf Pro   481 Mate Lane   Lake Havasu City, AZ 86406 | | | |
| 8268083 | Texaco / Citibank   Attn.: Centralized Bankruptcy   PO Box 20507   Kansas City, MO 64195 | | | |
| 8268084 | Wal–Mart   PO Box 530927   Atlanta, GA 30353–0927 | | | |
| 8268064 | chevron   PO Box 530950   Atlanta, GA 30353–0950 | | | |